HALLETT v. MOSHER et al.

(Circuit Court of Appeals, Eighth Circuit.    September 10, 1894.)

No. 417.

In Error to the Circuit Court of the United States for the District of Nebraska.

Henry H. Wilson (Arnott C. Ricketts, on the brief), for plaintiff in error.

Charles E. Magoon and J. W. Deweese (Charles O. Whedon, T. M. Marquett, and F. M. Hall, on the brief), for defendants in error.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge.    This case is on all fours with the case of Bailey v. Mosher (decided at the present term) 63 Fed. 488, and the judgment of the court below is affirmed on the authority of that case.